UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-81063-CIV-RYSKAMP/VITUNAC

DAVID LAMARCA,
    Plaintiff,
vs.

CC & SEG, INC. d/b/a CARMINES
COAL FIRE PIZZA & CG BURGERS,
a Florida profit corporation,
    Defendant.
_____/

## NOTICE OF ELECTRONIC MAIL APPEARANCE

The law firm of ATKINSON, DINER, STONE, MANKUTA & PLOUCHA, P.A., enters its electronic mail appearance on behalf of Defendant, CC & SEG, INC. d/b/a CARMINES COAL FIRE PIZZA & CG BURGERS, a Florida profit corporation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        **ATKINSON, DINER, STONE,**
        **MANKUTA & PLOUCHA, P.A.**
        One Financial Plaza, Suite 1400
        Fort Lauderdale, Florida 33394
        Phone (954) 925-5501
        Fax:   (954) 920-2711
        By: _____/S/_____
        MARGARET Z. VILLELLA
        Florida Bar No: 818844
        mzv@atkinson-diner.com

## SERVICE LIST

CASE NO. 10-81063-CIV-RYSKAMP/VITUNAC

Notice will be electronically mailed to:

KELLY AMRITT, ESQ.
Morgan & Morgan
6824 Griffin Road
Davie, Florida 33314
E-Mail: kamritt@forthepeople.com

597181